UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

SHANNON DASSIG; individually and as
executrix of Stephen Krueger,

    Plaintiff,

v.

HONEYWELL INTERNATIONAL INC.,

    Defendant.

Case No. 3:21-cv-00485-SMY
Honorable Staci M. Yandle

## JOINT REPORT OF PARTIES
## AND PROPOSED SCHEDULING AND DISCOVERY ORDER

Katrina Carroll
Kyle A. Shamberg*
Nicholas R. Lange
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 6062
Tel: (312) 750-1265
katrina@lcllp.com
kyle@lcllp.com
nickl@lcllop.com

Celeste Brustowicz*
Stuart H. Smith*
Victor Cobb*
**Cooper Law Firm, LLC**
1525 Religious Street
New Orleans, LA 70130
Tel. 504-399-0009
cbrustowicz@clfnola.com
ssmith@clfnola.com
vcobb@clfnola.com

James F. Clayborne, Jr.
Clayborne, Sabo and Wagner LLP
525 W. Main Street, Suite 105
Belleville, Illinois 62220
Tel. (618) 239-0187
Fax (618) 416-7556
Email: jclayborne@cswlawllp.com

Kevin W. Thompson*
David R. Barney, Jr. (*admitted pro hac vice*)
Thompson Barney
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311
Tel. (304) 343-4401
kwthompsonwv@gmail.com
drbarneywv@gmail.com

10278512.3

Ron A. Austin*
Catherine Hilton*
Ron Austin & Associates, LLC
920 Fourth Street
Gretna, LA 70053
Tel. (504) 227-8100
raustin@ronaustinlaw.com
chilton@ronaustinlaw.com

*Counsel for Plaintiff*
*\*Pro Hac Vice Forthcoming*


Kenneth L. Chernof (*admitted pro hac vice*)　　John E. Galvin
Michael D. Daneker*　　　　　　　　　　　　　Suzanne P. Galvin
Stephanie B. Weirick*　　　　　　　　　　　　Thompson Coburn LLP
Arnold & Porter Kaye Scholer LLP　　　　　　　One US Bank Plaza
601 Massachusetts Ave, NW　　　　　　　　　　St. Louis, MO 63101
Washington, DC 20001　　　　　　　　　　　　Tel: 314.552.6341
Tel:  202.942.5000　　　　　　　　　　　　　　JGalvin@thompsoncoburn.com
Ken.Chernof@arnoldporter.com　　　　　　　　SGalvin@thompsoncoburn.com
Michael.Daneker@arnoldporter.com
Stephanie.Weirick@arnoldporter.com

*Counsel for Defendant Honeywell International Inc.*
*\*Pro Hac Vice Forthcoming*

This matter is one of three related cases currently before this Court concerning allegations of environmental contamination from Defendant Honeywell International Inc.'s industrial operations at its facility in Metropolis, Illinois. The other two cases are *Steward v. Honeywell International, Inc.* (Case No. 3:18-cv-01124) and *City of Metropolis, Illinois v. Honeywell International, Inc.* (Case No. 3:21-cv-00860). Plaintiffs' counsel has indicated they may file additional related lawsuits.

**Motion(s) to Dismiss**

Honeywell has filed motions to dismiss all three pending actions pursuant to Fed. R. Civ. P. 12(b)(6). The motions to dismiss the complaints in this case and the *Steward* case are briefed and the motion to dismiss the *City of Metropolis* complaint should be fully briefed by November 22, 2021. The Parties respectfully suggest that if the Court wishes oral argument the Court may wish to conduct argument on all three motions at the same time.

**Scheduling and Discovery**

The Parties have conferred and believe that they would benefit from utilizing the conference with the Court on November 10, 2021, to discuss the future of all three related cases, and any potential additional cases, prior to setting any of the discovery or other schedules delineated in the Form Joint Report and Proposed Scheduling and Discovery Order. Specifically, the Parties believe they and the Court would benefit from a discussion about whether and to what extent the pending motions to dismiss may impact the litigation, and whether and to what extent any additional related lawsuits may be filed. Whether additional related cases are filed, and the timing of any such filing, may impact discovery in the cases currently pending as well as in any future cases.

In the meantime, to the extent the Parties have engaged in discovery in the *Steward* case, and to the extent discovery proceeds in this case or the *City of Metropolis* case, they have agreed to cross-designate discovery for use across the three cases.

**Next Conference**

The Parties suggest another case management conference with the Court either (a) at the time of oral argument on the pending motions to dismiss should the Court decide to hold argument or, alternatively, (b) after the Court's decision on the pending motions to dismiss, which would permit all Parties to have a better understanding of what claims remain to be litigated and the status of any forthcoming additional lawsuits.

By: */s/ Katrina Carroll*
Katrina Carroll
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 6062
Tel: (312) 750-1265
katrina@lcllp.com

*Attorney for Plaintiff*

By: */s/ John E. Galvin*
John E. Galvin
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
Tel: 314.552.6341
JGalvin@thompsoncoburn.com

*Attorney for Defendant Honeywell International Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Illinois by using the CM/ECF system on November 2, 2021.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      By:    */s/ John E. Galvin*