**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **SHANNON DASSING, Individually and as** | ) | |
| **Executrix of STEPHEN KRUEGER,** | ) | |
| **Decedent,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 21-cv-485-SMY** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **HONEYWELL INTERNATIONAL INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **PATRICIA HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-cv-1661-SMY** |
| | ) | |
| **HONEYWELL INTERNATIONAL INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TERESA RUSSELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-cv-2112-SMY** |
| | ) | |
| **HONEYWELL INTERNATIONAL INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KRISTI BURNETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 22-cv-2114-SMY** |
| | ) |
| **HONEYWELL INTERNATIONAL INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **AUTUMN FUNKHOUSER,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )   **Case No. 22-cv-2344-SMY** |
| | ) |
| **HONEYWELL INTERNATIONAL INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

This matter comes before the Court on the Joint Motion to Consolidate and Entry of Proposed Scheduling Order (Doc. 144).  The parties request the consolidation of *Durham v. Honeywell International Inc*., Case No. 3:23-cv-3727 with *Dassig v. Honeywell International Inc.*, Case No. 21-cv-485-SMY and for entry of a proposed scheduling order to be applied in *Durham* and *Ott et al v. Honeywell International, Inc.*, No. 3:23-cv-02648.  The Court conducted a hearing on the motion on May 28, 2024.

Given the respective posture of *Durham*, *Ott*, and the previously consolidated cases, as more fully explained on the record, the Court **DENIES** the Motion to Consolidate (Doc. 144) and

**VACATES** the consolidation of *Ott et al. v. Honeywell International Inc.*, Case No. 3:23-cv-2648 with *Dassig v. Honeywell International Inc.*, Case No. 3:21-cv-485.

Further, the Court **CONSOLIDATES** *Ott et al. v. Honeywell International Inc.*, Case No. 3:23-cv-2648 and *Durham v. Honeywell International Inc.*, Case No. 3:23-cv-3727 for purposes of discovery.  **All future filings in Case No. 23-3727 (*Durham*) shall be filed under Case No. 23-2648 (*Ott et al.*).**

The parties shall submit a revised Proposed Scheduling Order by June 11, 2024 via e-mail to SMYpd@ilsd.uscourts.gov.

The Clerk of Court is **DIRECTED** to file a copy of this Order in case numbers 21-cv-485, 23-cv-2648, and 23-cv-3727.

**IT IS SO ORDERED.**

**DATED:  May 28, 2024**

_____
**STACI M. YANDLE**
**United States District Judge**