**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SHANNON DASSIG, Individually and as Executrix of STEPHEN KRUEGER, Decedent, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 21-cv-485-SMY |
| vs. | ) ) |
| HONEYWELL INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal (Doc. 213), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** November 1, 2024

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

**STACI M. YANDLE**
**United States District Judge**